PC Scan

RECEIVED LK
8/30/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

GABRIEL PARKER
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DAVID BROWN
UNNAMED CHICAGO POLICE OFFICER
UNNAMED CHICAGO POLICE OFFICER
UNNAMED CHICAGO POLICE OFFICER
UNNAMED CHICAGO POLICE OFFICER
UNNAMED CHICAGO POLICE OFFICERS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **1:21-CV-04630**
(To be supplied by the Clerk of this Court)

**JUDGE WOOD
MAGISTRATE JUDGE COLE
PC6
RANDOM**

CHECK ONE ONLY:      AMENDED COMPLAINT

**X**    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: GABRIEL PARKER

B. List all aliases: _____

C. Prisoner identification number: M00416

D. Place of present confinement: Dixon Correctional Center, STC

E. Address: 2600 N. Brinton Ave, Dixon ILL. 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: DAVID BROWN
   Title: Superintendant of the Chicago Police Department
   Place of Employment: Chicago Police Department

B. Defendant: UNNAMED CHICAGO POLICE OFFICER
   Title: CHICAGO POLICE OFFICER
   Place of Employment: Chicago Police Department

C. Defendant: UNNAMED CHICAGO POLICE OFFICER
   Title: Chicago Police Officer
   Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

E.
Defendant: UNNAMED CHICAGO POLICE OFFICER
Title: Chicago Police officer
Place of Employment: Chicago Police Department

F.
Defendant: UNNAMED CHICAGO POLICE OFFICER
Title: Chicago Police officer
Place of Employment: Chicago Police Department

G.
Defendant: UNNAMED CHICAGO POLICE OFFICER
Title: Chicago Police officer
Place of Employment: Chicago Police Department

H.
Defendant: UNNAMED CHICAGO POLICE OFFICER
Title: Chicago Police officer
Place of Employment: Chicago Police Department

I.
Defendant: UNNAMED CHICAGO POLICE OFFICER
Title: Chicago Police officer
Place of Employment: Chicago Police Department

2½

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: PARKER V. DART, case number docket unknown

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: GABRIEL PARKER

    D. List all defendants: THOMAS DART et. al.

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S District Court N.D ILL.

    F. Name of judge to whom case was assigned: SHARON JOHNSEN COLEMAN

    G. Basic claim made: 8th Amend Medical Claim

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE WAS SETTLED OUT OF COURT

    I. Approximate date of disposition: _____

Lawyer Gregory T. Mitchell

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 18, 2021, I was taken into custody by unnamed Chicago Police officers. I was placed inside a police vehicle, at that point I became very agitated. I began kicking at doors, windows, etc. because I am claustrophobic and had not taken my medication for the mental health condition I have. We arrived at the Chicago Police Station in the 15th District, I was placed into a holding cell, I began spitting at unnamed police officers, then I kicked and shattered a window with my right boot, I had no injuries at that time. The unnamed officers then placed me into another holding cell, which they did not inspect prior to placing me inside the second holding cell.

After the unnamed officers walked away, I found a sharp metal object inside the cell and began to cut open my right and left arms in a suicide attempt. I hid the metal object inside my pocket, the unnamed officers never searched my person. A unnamed turnkey officer noticed the cuts and ran to retrieve other unnamed blue shirt officers. They called for an ambulance, which transported me to the Masonic Hospital, where I was treated by medical staff and given a shot of a psychotropic medication called Helldog. From the Masonic

I was transported to another police station on Belmont and Western. Inside the holding cell at Bellmont and Western, my mental state remained the same, I was still agitated and began flooding the holding cell. I retrieved the sharp metal object from my pocket, and continued to cut myself open. Unnamed Chicago Police officers watched as I cut myself and called me stupid, they did not attempt to take the metal object away from me. I was rushed to the Masonic Hospital again and treated, I was also transported a third time to Northwestern Hospital for the same behavior. These incidents and unnamed officers are evidenced by body camera footage and surveillance footage within each police station, vehicle and Hospital.

    To cover up their culpability and propensity to allow these incidents to happen, the unnamed Chicago Police officers, falsified police statements concerning the metal object I used to cut myself. In the falsified report the unnamed officers claim my cuts came from the window I kicked with my right boot. Which is impossible because they did not send me to the hospital directly after I shattered the window in the first holding cell, because there were no cuts. Plus each time I was transported to the hospitals between Feb 18, 2021 and Feb 20, 2021, there were no reports of broken glass, nor was any broken glass fragments pulled out of my arms.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek Compensatory damages in the amount of $25,000, punitive damages against each unnamed officer in the amount of $35,000, and a court order to make the unnamed Defendants pay Plaintiff's court costs, attorney fees and Summons Service.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __15__ day of __Aug__, 20__21__

_Gabriel Parker_
(Signature of plaintiff or plaintiffs)

GABRIEL PARKER
(Print name)

M00416
(I.D. Number)

Dixon Correctional Center

2600 N. Brinton Ave

Dixon, ILL. 61021
(Address)

Revised 9/2007

I certify that all averments made within the four corners of these motions and Complaint are true and correct. A proof of Service is being filed with all documents, as it is electronically E-filed. I understand that making a false statement is perjury, as provided under law pursuant to

*Gabriel Parker*
SIGNATURE

GABRIEL PARKER #M00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, ILL. 61021

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

GABRIEL PARKER )
Plaintiff )
)
) Case No. _____
vs. )
)
)
DAVID BROWN et. al )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

To: _____  To: U.S District Court, Northern District
_____      of Illinois Eastern Division
_____      219 South Dearborn, 20th Floor
_____      Chicago, ILL. 60604

PLEASE TAKE NOTICE that on _____ 20 21, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: §1983 Complaint, in forma pauperis motion, Appointment of Counsel motion, Request For Stamped filed Copies

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____

/s/ _____
Name: Gabriel Parker
IDOC # M00416
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

SUBSCRIBED AND SWORN TO BEFORE ME THIS
27 day of August, 2021

_____
NOTARY PUBLIC

BRYAN CAMPBELL
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
April 21, 2025

Revised 8/17/11