Cat. 3

**United States District Court**
**Northern District of Illinois**
## Prisoner Civil Cover Sheet



**FILED**
8/30/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LK

**Plaintiff(s):**  **Defendant(s):**

**County of Residence:**  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**
**Name:**

**Unit Field:**    **1:21-CV-04630**

**(Prisoner ID Field (USM# ONLY))**   **JUDGE WOOD**
   **MAGISTRATE JUDGE COLE**
**Address:**   **PC6**
   **RANDOM**

**Basis of Jurisdiction:** ☐ 1. U.S. Government Plaintiff  ☐ 3. Federal Question
  (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant  ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

 **Plaintiff:** **Defendant:**

**Origin:** ☐ 1. Original Proceeding  ☐ 5. Transferred from Other District

☐ 2. Removed from State Court  ☐ 6. MultiDistrict Litigation

☐ 3. Remanded from Appellate Court  ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:**

**Cause of Action:**

**Jury Demand:** ☐ Yes ☐ No

**Signature:** _____  **Date:** _____

Rev. 02/12/2019