IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

GABRIEL PARKER
Plaintiff
vs.
DAVID BROWN, CPD Superintendant
et. al.
Defendants

NO. 1:21-CV-04630

JUDGE WOOD
MAGISTRATE JUDGE COLE
PC6
RANDOM

PC Scan  FILED  LK
8/30/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C § 1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel, he has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate (Tucker v. Randall (7th cir 1991) 948 F.2d 288). The issues involved in this case are complex, and will require significant research and investigation, Plaintiff has no knowledge of the law, he cannot comprehend what are material facts and legal theories, nor the law that supports them (Forbes v. Edgar (7th cir 1997) 112 F.3d 262). Plaintiff is only allowed 30 minutes per week inside the prison's law library.

3. Plaintiff has made repeated and reasonable efforts to obtain a lawyer (Pruitt v. Mote (7th cir 2007) 503 F.3d 647), See (Exhibits 1-6, pages 3-9 ).

4. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine (Merritt v. Faulkner (7th cir 1983) 697 F.2d 761)

5. Plaintiff's Complaint and all motions were completed by a jailhouse lawyer, NOLAN WATSON #R25806, see (Exhibit 7, page 10). Plaintiff was unable to articulate his claims without Mr. Watson's help, nor could he fill out the required forms. Any assessments into Plaintiff's ability to effectuate any proceedings on his own volition must be judged on that basis, not on what Plaintiff has done for himself (Farmer v. Haas (7th cir 1993) 990 F.2d 319, at 321-22).

6. Plaintiff has the equivalent comprehension level of a 5th grader, and is currently being held in a Special treatment center, within Dixon Correctional Center for mental health issues. What can a 5th grader put forth against agents skilled at law, his case would be doomed from the start (Pruitt 503 F.3d 647).

7. Plaintiff's allegations, if proved clearly would establish Constitutional violations under U.S.C.A 8, 14.

WHEREFORE, Plaintiff requests this Honorable Court to appoint a member of the Illinois Bar Association, as counsel in this case.

_____
DATE

_____
SIGNATURE

Gabriel Parker #M00416
Dixon Correctional Center
2600 N. Brinton Ave
Dixon, Ill. 61021

# UNITED STATES DISTRICT COURT
for the

GABRIEL PARKER

Plaintiff(s)

vs.

DAVID BROWN, et. al

Defendant(s)

Case Number:

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, GABRIEL PARKER, am the (check appropriate box) [X] plaintiff [ ] defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: (**Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.**)

   See (Exhibits 1-6) on pages 3-9 of my Motion for Appointment of Counsel attached to my complaint

   In spite of my efforts, I have been unable to find an attorney, because:

   No one has time to represent me

3. Check the appropriate box:
   [X] I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   [ ] I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:
   - [X] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [X] Grade school only
   - [ ] Some high school
   - [ ] High school graduate
   - [ ] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
   - [X] Other (please explain): I have mental health issues and dropped out of school in the 5th grade.

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): Geodon Psycotropic medications

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box [ ] | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Attorney Name: | |
| If this case is still pending, please check box [ ] | |

I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

8-23-21
Date

Dixon Correctional Center
2600 N. Brinton Ave.
Street Address

Dixon, ILL. 61021
City, State, Zip



MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Shehnaz Mansuri**
Direct Tel +1 312 701 8463
smansuri@mayerbrown.com

June 8, 2021

Gabriel Parker
#M00406
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

Re: Pro Bono Assistance

Dear Mr. Parker:

This will acknowledge receipt of your letter dated June 1, 2021, in which you request that Mayer Brown represent you on a pro bono basis.

Unfortunately, we will not be able to assist you. Mayer Brown LLP's policy is to accept pro bono cases which are referred to us by court appointment or from public interest organizations with which we have a pre-existing relationship.

You may want to contact Alan Mills, Uptown People's Law Center, 4413 N. Sheridan Rd., Chicago, IL 60640.

I wish you success in locating an attorney to assist you in your claim.

Yours truly,

*Shehnay Mansuri*

Shehnaz Mansuri
Pro Bono Manager

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.

AMECURRENT 741918686.1 8-Jun-21 09:33

3

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

June 10, 2021

*Via USPS*

Gabriel Parker #M00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

Re: Your request for legal representation

**CONFIDENTIAL LEGAL CORRESPONDENCE**

Dear Mr. Parker:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,
Loevy & Loevy

Exhibit 3



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

[1]Prisoner Correspondence

Date: **6/22/21**

In response to your enclosed request, please see the box or boxes checked below:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service showing that you mailed copies to all parties are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed. R. Civ. P. 5. Any requests for court action must be made by motion (such as "motion for an extension of time"). **No judge's name should appear on the outside of the envelope; letters should be addressed to the Clerk of Court (in care of the Prisoner Correspondent, if you are incarcerated).**

☐ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed. R. Civ. P. 10(a).

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filing fees.

☐ Status request: Attached is the latest docket entry in your case.

■ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.
                Contact:     Attorney Registration and Disciplinary Commission of the Illinois
                             Supreme Court (ARDC)
                             One Prudential Plaza
                             130 E. Randolph Drive, Suite 1500
                             Chicago IL  606901

---

[1] The Prisoner Correspondence Office is the department of the Clerk's Office which processes all mail from inmates.

Rev. 06/29/2016

5

☐ Local Rule 5.1 (N.D. Ill.) requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the Western Division. Send all requests and documents related to this case to the Western Division at:
    U.S. District Court for the Northern District of Illinois
    327 South Church Street
    Rockford, IL 61101

☐ The Local Rules for U.S. District Court, Northern District of Illinois, are available online at www.ilnd.uscourts.gov. However, if you want a copy mailed to you, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
    Clerk, U.S. District Court
    Attn: Cashier
    219 S. Dearborn - 20th floor
    Chicago, IL 60604

☐ The Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures are available online at www.ilnd.uscourts.gov. However, if you want a hard copy, contact:
    Superintendent of Documents
    U.S. Government Printing Office
    732 North Capitol Street, N.W.
    Washington, D.C. 20402

☐ Pursuant to Local Rule 5.6 (N.D. Ill.), no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate-stamp your documents. If you want received-stamped copies returned to you, they must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under an alias, and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

☐ Other: _____
_____
_____
_____
_____
_____

Rev. 06/29/2016

— LAW OFFICES —
# KENNETH N. FLAXMAN P.C.

Exhibit 4

June 25, 2021

Gabriel Parker
M00416
2600 N. Brinton Avenue
Dixon, IL 61021

    *re: Your Letter*

Thank you for contacting the law firm of Kenneth N. Flaxman P.C. about a potential case. We apologize for the delay in responding to your letter.

We cannot represent you. This is not because of any judgment we have made about the merits of your claim. We have not investigated your case and are expressing no opinion as to its merits or the likelihood of whether you would prevail. Rather, we have decided to decline the representation because we are overloaded with other matters.

If you decide to ask a court to recruit a lawyer for you, you may submit this letter to the court to demonstrate that you have tried to get a lawyer yourself.

Again, we will not be representing you, and we will not take any action on your behalf.

                Sincerely,

                Kenneth N. Flaxman P.C.

---

**Kenneth N. Flaxman**   (312) 253-7189   knf@kenlaw.com     **Joel A. Flaxman**   (312) 253-7207   jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com

**CHICAGO VOLUNTEER LEGAL SERVICES**

*Because equal access to justice is everyone's fight*

July 9, 2021

Gabriel Parker, #M-00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL 61021

RE: Request for Legal Services

Dear Gabriel Parker:

We regret to inform you that we are unable to provide you with legal assistance, as our organization does not provide representation for the type of legal matter you describe.

If you are interested in pursuing other free legal services we recommend contacting:

**Uptown People's Law Center
4413 N. Sheridan Rd.
Chicago, IL 60640
773-769-1411**

Sincerely,

Jessica R. Engle
Office Manager

t 312.332.1624 | f 312.332.1460 | w www.cvls.org
33 North Dearborn Street, Suite 400 Chicago, Illinois 60602



Exhibit 6



1413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

## PRIVILEGED LEGAL CORRESPONDENCE

August 5, 2021

Gabrler Parker
M00416
Dixon Correctional Center
2600 N Brinton Ave
Dixon, Illinois 61021

Dear Mr.Parker,

Please be advised that we received your letter requesting legal assistance. While UPLC represents many prisoners, we are a small legal aid office that has limited capacity to assist individuals with their legal matters. Unfortunately, this means we are unable to represent you.

Although UPLC cannot represent you, that does not mean you do not have meritorious claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before an incarcerated person can file a case, they need to exhaust their "administrative remedies" by filing a grievance and following the process for appealing that grievance. Additionally, once the grievance process has been exhausted, the case must be filed within the applicable statute of limitations, which is generally two years.

As we have not reviewed the merits of your claim, we are not in a position to advise you which deadlines apply to your particular claims. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

## STATEMENT OF NOLAN WATSON

I, Nolan Watson, explicitly aver that I have assisted inmate Gabriel Parker #M00416, in the full preparation of his civil Rights Complaint, his first set of interrogatories, his motion for appointment of Counsel, and the retrieval of certain documents. He was unable to complete or draft these documents on his own volition, and sought out help from me.

I certify that the averments made in this Statement are true and correct. I understand that making a false averment in this statement is perjury, and has penalties provided under law pursuant to 735 ILCS 5/1-109, 28 U.S.C § 1746, or 18 U.S.C § 1621.

Respectfully
Nolan Watson
Nolan Watson #R25806
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, ILL. 61021

10