PC Scan

To: Clerk of the U.S District Court

FILED
8/30/2021    LK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I respectfully request a Stamped filed

Copy of my complaint and all motions attached

there to.          Thank you

**1:21-CV-04630**

JUDGE WOOD
MAGISTRATE JUDGE COLE
PC6
RANDOM

Respectfully

Gabriel Parker #M00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, ILL. 61021