**FILED**

SEP 30 2021 A⌐

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN ~~Southern~~ for the District of Illinois

GABRIEL PARKER
*Plaintiff(s)*

v.

DAVID BROWN, et. al
*Defendant(s)*

Case Number: 1:21-CV-04630

## MOTION FOR SERVICE OF PROCESS
## AT GOVERNMENT EXPENSE

Plaintiff, Gabriel Parker , moves pursuant to Federal Rule of Civil

Procedure 4(c)(3), for the court to order that service of process be made by a United States marshal

or deputy marshal or by a person specially appointed by the court. The full name and address of the

defendant(s) are identified in the complaint

Dated: 9/22/21

Signature

Gabriel PARKER
Printed Name

Gabriel Parker # M00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, ILL 61021

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CAROL STREAM IL 601
ILLINOIS DEPT OF CORRECTIONS

CAROL STREAM IL 601
23 SEP 2021 PM 7 L

Prisoner Correspondence
United States District Court
Northern District of ILLinois
219 South Dearborn Street
Chicago, ILL 60604

60604-180099

Legal MaiL



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

Legal Mail



09/30/2021-5

© USPS 2019