To: Clerk of the District Court

I respectfully request a stamped filed copy of the enclosed motion

**FILED**
SEP 30 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Respectfully

Gabriel Parker #M00416
Dixon Correctional Center
2600 N. Brinton Ave
Dixon, ILL. 61021

Gabriel Parker # M00416
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, ILL 61021

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY AT THE
ILLINOIS DEPT OF CORRECTIONS
CAROL STREAM IL 601
23 SEP 2021 PM 7 L

Prisoner Correspondence
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, ILL 60604

Legal Mail



Legal Mail

09/30/2021-5