UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gabriel Parker
                      Plaintiff,

v.                                     Case No.: 1:21–cv–04630
                                                   Honorable Andrea R. Wood

David Brown, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 15, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: The Court requests Attorney Karl A. Leonard / Loevy & Loevy / 311 N. Aberdeen Street, 3rd Floor Chicago, 60607 IL / 773−654−2422 / karl@loevy.com represent Plaintiff in accordance with counsel's trial bar commitment under Local Rule 83.37 (N.D. Ill.). Plaintiff is advised that pursuant to Local Rule 83.40 and the Regulations Governing the Prepayment & Reimbursement of Expenses of Court Assigned Counsel in Pro Bono Cases from the District Court Fund, any recovery (e.g., settlement, judgment, award of fees, or costs) in excess of $50,000 requires reimbursement to the District Court Fund from such recovery for amounts paid on behalf of the receiving party in excess of $5,000. New counsel shall file an appearance by 11/5/2021 and appear at the telephonic status hearing set for 11/17/2021 at 10:30 AM. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.