# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Parker v. Brown, et al.                Case Number: 21-CV-4630

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago

Attorney name (type or print): Vincent Rizzo

Firm: Hinshaw & Culbertson

Street address: 151 N. Franklin, Suite 2500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6313833                Telephone Number: 312-704-3234
(See item 3 in instructions)

Email Address: vrizzo@hinshawlaw.com

Are you acting as lead counsel in this case?           ✔ Yes   ☐ No
Are you acting as local counsel in this case?          ☐ Yes   ✔ No
Are you a member of the court's trial bar?             ✔ Yes   ☐ No
If this case reaches trial, will you act as the trial attorney?   ✔ Yes   ☐ No

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                    If appointed counsel, are you
                                                 ☐ Federal Defender
                                                 ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 17, 2022

Attorney signature:       S/ Vincent Rizzo
                          (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015