IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL PARKER (M-00416), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO; ) <br> CARLOS CANNON (Star # 12214); ) <br> JORGE GARCIA (Star # 14895) ) <br> JOHN SLOWINSKI (Star # 1951) ) <br> JIMMY PIEDRASANTA (Star # 12884) ) <br> HARACE MINNIEFILED, JR.; ) <br> UNKNOWN OFFICER 1, ) <br> ) <br> Defendants. ) | Case No.: 21-cv-04630 <br><br> Judge Andrea R. Wood <br><br> Designated Magistrate Judge: <br> Jeffrey Cole |

## AGREED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW COME the Defendants, CARLOS CANNON, JORGE, GARCIA, JOHN SLOWINSKI, JIMMY PIEDRASANTA and HARACE MINNIEFIELD, JR., by and through the undersigned counsel and hereby move for an extension of time to file Responsive Pleadings, and in support thereof state as follows:

1. This is a Civil Rights Action filed under Section 1983 of the Civil Rights Act, seeking damages for an alleged failure to provide care and treatment for a disabled individual who was placed under arrest.

2. The Defendants have recently been served with Summons. Defense counsel is currently gathering all relevant documentary evidence and scheduling an attorney client meeting to discuss the background of the case.

3. Defense counsel has conferred with Plaintiff's counsel who has agreed to a 30 day extension time to file responsive pleadings.

WHEREFORE, the Defendants, CARLOS CANNON, JORGE, GARCIA, JOHN SLOWINSKI, JIMMY PIEDRASANTA and HARACE MINNIEFIELD, JR., pray this Honorable Court to grant an extension of time and including April 8, 2022 to file responsive pleadings.

Dated this 23rd day of March 2022

                                    Respectfully Submitted,

                                    ***/s/: Francis P. Cuisinier***
                                    Francis P. Cuisinier

Francis P. Cuisinier (ARDC # 0553328)
Edward D. Mizera (ARDC # 6313516)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
(312) 466-8050
pat.cuisinier@ruberry-law.com
Edward.mizera@ruberry-law.com