## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Gabriel Parker
                            Plaintiff,

v.                                              Case No.: 1:21−cv−04630
                                                        Honorable Andrea R. Wood

CITY OF CHICAGO, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 5/12/2022. The Court sets the following briefing schedule on Defendant's anticipated motion to dismiss. Defendant City of Chicago shall file its motion to dismiss by 5/23/2022. Plaintiff shall file a response by 6/23/2022. Defendant shall reply by 7/7/2022. Plaintiff shall provide Defendants with a written initial settlement position by 6/23/2022. Discovery, with the exception of Monell discovery, shall proceed. Monell discovery is stayed pending resolution of the motion to dismiss. By 7/12/2022, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made and whether the parties are aware of any discovery disputes that will require the Court's involvement; (2) the parties' views regarding prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference; and (3) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.