**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GABRIEL PARKER (M-00416), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 21-cv-04630 |
| | ) | |
| CITY OF CHICAGO; | ) | Judge Andrea R. Wood |
| CARLOS CANNON (Star # 12214); | ) | |
| JORGE GARCIA (Star # 14895) | ) | Designated Magistrate Judge: |
| JOHN SLOWINSKI (Star # 1951) | ) | Jeffrey Cole |
| JAMES PIEDRASANTA (Star # 12884) | ) | |
| HARACE MINNIEFILED, JR.; | ) | |
| UNKNOWN OFFICER 1, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANTS CARLOS CANNON, JORGE GARCIA, JOHN SLOWINSKI AND JAMES PIEDRASANTA TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

NOW COME the Defendants, CARLOS CANNON, JORGE GARCIA, JOHN SLOWINSKI and JAMES PIEDRASANTA (Collectively referred to herein as Moving Defendants), by and through their attorneys, Francis P. Cuisnier and Edward D. Mizera, to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), based upon Plaintiff's failure to state a claim against them upon which relief may be granted, and in support thereof states as follows:

1. At all times relevant here to Moving Defendants, were police officers employed by the City of Chicago.

2. Plaintiff alleges that he was arrested on February 19, 2021, and that the Moving Defendants failed to provide him with prompt medical treatment for his mental illness to prevent him from harming himself.

1

3. Plaintiff further contends that the Moving Defendants' actions deprived him of his rights under the Fourth and Fourteenth Amendments to the United States Constitution Pursuant to 42 U.S.C. §1983.

4. Plaintiff's allegations, even if true, do not state a claim upon which relief may be granted.

5. In support of their Motion to Dismiss Moving Defendants submit a concurrently filed Memorandum of Law.

WHEREFORE, the Defendants, Carlos Cannon, Jorge Garcia, John Slowinski and James Piedrasanta, pray that this Honorable Court dismiss the Plaintiff's action against them, with prejudice, with costs assessed against the Plaintiff and for any other relief that is deemed just and equitable.

Dated this 17th day of May, 2022

                                                                                                        Respectfully Submitted,

                                                                                                      ***/s/: Francis P. Cuisinier***
                                                                                                         Francis P. Cuisinier

Francis P. Cuisinier (ARDC # 0553328)
Edward D. Mizera (ARDC # 6313516)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
(312) 466-8050
pat.cuisinier@ruberry-law.com
Edward.mizera@ruberry-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, I electronically filed the foregoing **Motion Of Defendant's Carlos Cannon, Jorge Garcia, John Slowinski And James Piedrasanta To Dismiss Plaintiff's Amended Complaint Pursuant To Rule 12(b)(6)** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/: Francis P. Cuisinier*
Francis P. Cuisinier