IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 21-cv-04630 |
| v. ) | |
| ) | Honorable Andrea R. Wood, District Judge |
| CITY OF CHICAGO; ) | |
| CARLOS CANNON (Star # 12214); ) | Honorable Jeffrey Cole, Magistrate Judge |
| JORGE GARCIA (Star # 14895); ) | |
| JOHN SLOWINSKI (Star # 1951); ) | |
| JIMMY PIEDRASANTA (Star # 12884); ) | |
| HARACE MINNIEFIELD, JR.; ) | |
| UNKNOWN OFFICER 1, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order (dkt. 30), Plaintiff Gabriel Parker, Defendant City of Chicago, and Defendants Cannon, Garcia, Slowinski, Piedrasanta, and Minniefield, Jr. (collectively, the "Individual Defendants) submit this Joint Status Report.

1. **Status of discovery**. There are no current or anticipated discovery disputes. Plaintiff and the Individual Defendants have served initial Rule 26(a) Disclosures. The Individual Defendants served interrogatories and document requests; Plaintiff has responded. The Individual Defendants also made an initial document production. The parties have been cooperating on a HIPAA protective order in order to facilitate additional discovery.

2. **Prospects for settlement**. The parties have agreed on a settlement in this matter and are finalizing a settlement agreement. No referral to a magistrate judge is requested. The parties anticipate having a finalized settlement agreement within 45 days and will submit a dismissal order upon execution.

3. **Telephonic status hearing**. The parties do not request a telephonic status hearing.

Dated: July 12, 2022

Respectfully submitted,

 /s/ Karl Leonard
Karl Leonard
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
karl@loevy.com

*Attorney for Plaintiff*

Respectfully submitted,

 /s/ Edward D. Mizera
Francis P. Cuisinier (ARDC # 0553328)
Edward D. Mizera (ARDC # 6313516)
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, Illinois 60603
(312) 466-8050
pat.cuisinier@ruberry-law.com
Edward.mizera@ruberry-law.com

*Attorneys for Individual Defendants*

Respectfully submitted,

 /s/ Vincent Rizzo
Vincent Rizzo
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, IL 60606
vrizzo@hinshawlaw.com

*Attorney for Defendant City of Chicago*

## **CERTIFICATE OF SERVICE**

    I certify that on July 12, 2022, I caused the foregoing JOINT STATUS REPORT to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will effect service on all counsel of record.

                                                  /s/ Karl Leonard